UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20736-CIV-LENARD/O'SULLIVAN

ASSICURAZIONI GENERALI S.p.A., et al.,
    Plaintiffs,
vs.
FACEY COMMODITY COMPANY,
et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on June 28, 2012. At the hearing, counsel for the plaintiffs indicated that plaintiffs' counsel has produced to the defendants all subject insurance policy documents in the custody and control of plaintiffs' counsel. Plaintiffs' counsel has accordingly indicated that the plaintiffs have complied with this Court's Order requiring the plaintiffs to provide the defendants with 1) complete, English-translated copies of the insurance policy or policies (subject insurance policies) from which the plaintiffs' allegedly derive their subrogation rights; and 2) complete copies of the predecessor policies of the subject insurance policies. Accordingly, having heard from the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that pursuant to Fed, R. Civ. P. 37, absent further Order of the Court, the plaintiffs are only permitted to use the subject insurance policy documents that have been provided to the defendants at trial.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of June, 2012.

                                                    JOHN J. O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record